Form 27 - AFFIDAVIT OF SERVICE


P3836061

**KASELL LAW FIRM**
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

LEONORA TEPER

                                                        PLAINTIFF

                           - vs -

QUEENSBORO VOLKSWAGEN

                                                        DEFENDANT

Index No. 1:20-CV-04863-BMC
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**WARREN BOZARTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **20TH** day of **OCTOBER, 2020** **3:23PM** at
   **5321 NORTHERN BOULEVARD**
   **WOODSIDE NY 11377**
I served a true copy of the **EXHIBIT(S), SUMMONS AND COMPLAINT** upon **QUEENSBORO VOLKSWAGEN** the **DEFENDANT** therein named by delivering to, and leaving personally with **FRANCISCO ESPINAL, MANAGER AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **35** APP. HT: **5'9** APP. WT: **235**
OTHER IDENTIFYING FEATURES
**BEARD, MUSTACHE**

Sworn to before me this
21ST day of OCTOBER, 2020

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

WARREN BOZARTH DCA LIC #0775869
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-KLF2-3836061

2a